**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

November 15, 2010

LETTER TO COUNSEL RE: *United States v. Milton Tillman, Jr.,*, Criminal No. CCB-10-067

Dear Counsel:

This will confirm the results of our telephone conference call today.

The government's opposition to defense motions is due **December 10, 2010**; the defendants' reply is due **January 4, 2011**.

A motions hearing has been set for **January 7, 2011** at **2:00 p.m.** My courtroom (7D) may be under renovation. Counsel should check the public calendar for courtroom assignment.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge