# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

2016 OCT 17 PM 3:36

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. CCB-10-067 |
| | : | |
| MILTON TILLMAN, JR. | : | |

## ORDER CONTINUING SUPERVISED RELEASE

This matter came before the court for a hearing on an alleged violation of Supervised Release. Counsel having been heard, and the court having rendered an oral opinion, it is this <u>17th</u> day of October, 2016 for reasons stated in open court ORDERED:

1) That the defendant admitted in violation of conditions of Supervised Release, as specified: Standard Condition #5 – Defendant shall work regularly at a lawful occupation (failed to provide employment verification); Standard Condition #2 – Defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month (failed to submit a monthly supervision report); Standard Condition #1 – Defendant shall not leave the judicial district without permission (defendant traveled to Louisiana & Texas); Additional Condition – Defendant shall provide the probation officer with access to any requested financial information (defendant failed to provide financial information); and Standard Condition #3 – Defendant shall answer truthfully all inquiries by the probation officer (failed to provide financial information as instructed).

2) That Supervised Release is continued on the same terms and conditions as previously imposed and with the following modifications: (1) the defendant shall be placed on home detention for a period of __6__ months. The defendant shall abide by all technological requirements of the program which will include a location monitoring system. During this time the defendant shall be restricted to his place of residence except for activities approved in advance by the probation officer including employment or religious services. The participant shall pay all or part of the costs of location monitoring based on his ability to pay as directed by the court and/or the probation officer. The defendant shall be placed on home detention for a period of 6 months. The defendant shall abide by all the technological requirements of the program which will include a location monitoring system. During this time the defendant shall be restricted to his/her place of residence except for employment, medical or religious services and activities approved in advance by the probation officer. The participant shall pay all or part of the costs of location monitoring based on his/her ability to pay as directed by the court and/or the probation officer.

3)   The Clerk is directed to send a copy of this order to all counsel of record.

*Catherine C. Blake*
*United States District Judge*